FILED
FEB 29 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

BENJAMIN B. WAGNER
United States Attorney
NICHOLAS M. FOGG
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:10-CR-00505-DAD |
| Plaintiff, | Order of Dismissal |
| v. | |
| EDWARD GIBART, | |
| Defendant. | |

It is hereby Ordered that the plaintiff United States of America's Motion to Dismiss the above captioned matter is GRANTED.

IT IS SO ORDERED.

Dated: February 29, 2012

*Dale A. Drozd*
HON. DALE A. DROZD
United States Magistrate Judge